AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SAM AUGELLO and ROBIN AUGELLO, individually
and as husband and wife,

                        Plaintiffs,

               v.

BOBCAT COMPANY, a North Dakota company, and
JOHN DOES 1-10, and ROE COMPANIES, 1-10,

                        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-354-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Clark Equipment Company (CEC), d/b/a Bobcat Company, on the claims asserted against it by Plaintiffs pursuant to the Order Granting Motion for Summary Judgment entered March 25, 2013, ECF No. 19.

March 25, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas